UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                  :
UNITED STATES OF AMERICA          :    UNSEALING ORDER
                                  :
        - v. -                    :    18 Cr. 684
                                  :
CHRISTIAN FIGALLO, and            :
KENYATTA TAISTE,                  :
                                  :
        Defendants.               :
                                  :
- - - - - - - - - - - - - - - - - X

       Upon application of the United States of America, by and through Assistant United States Attorney Jessica Greenwod, it is hereby ORDERED that Indictment 18 Cr. 684 which was filed under seal on September 25, 2018, be unsealed immediately.

SO ORDERED.

Dated:   New York, New York
         October 2, 2018

_____
HONORABLE DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
OCT 0 2 2018