50 mins

(R)

DOCKET No. 18 CR 684 (VM)    DEFENDANT Christian Figallo

AUSA Jessica Greenwood    DEF.'S COUNSEL George Goltzer

☐ RETAINED  ☐ FEDERAL DEFENDERS  ☒ CJA  ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.    DATE OF ARREST 10/1/18    ☐ VOL. SURR.
                                                              TIME OF ARREST 6:00 am   ☐ ON WRIT
☐ Other: _____    TIME OF PRESENTMENT 6:30

## BAIL DISPOSITION

☐ SEE SEP. ORDER

☐ DETENTION ON CONSENT W/O PREJUDICE    ☒ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____  D has not overcome the presumption that
☐ AGREED CONDITIONS OF RELEASE    he poses both a flight risk & danger, in
☐ DEF. RELEASED ON OWN RECOGNIZANCE    light of the strength of the facts evidence,
☐ $_____PRB  ☐ _____FRP    the significant sentence D is facing & the fact
☐ SECURED BY $_____ CASH/PROPERTY: _____  that the gov't has located (and is continuing to
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ _____  find leads for)
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)    multiple locations
                                                          he has residence /
☐ PRETRIAL SUPERVISION: ☐ REGULAR  ☐ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES    storage
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS    facilities
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT    associated

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS    with D, &
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES
                                                                                      containing or
☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON    likely to
                                                                 contain asset that
☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET    drugs.
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: _____

## ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

control date
☒ DEF. ARRAIGNED; PLEADS NOT GUILTY    ☒ CONFERENCE BEFORE D.J. ON  10/17/18
☐ DEF. WAIVES INDICTMENT                                              @ 11:00 am
☒ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL  10/17/18
For Rule 5(c)(3) Cases:    for plea discussion, in int of justice on consent
☐ IDENTITY HEARING WAIVED    ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED    ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____    ☐ ON DEFENDANT'S CONSENT

DATE: 10/2/2018                          _____
                                         UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.