```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

CHRISTIAN FIGALLO, et al.,

Defendants.

18 CR 684 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter) requests that the initial conference currently scheduled for the above-named defendants for October 24, 2018 be adjourned. The hearing shall be rescheduled to November 16, 2018 at 3:45 p.m.

The Government requests an exclusion of time from the Speedy Trial Act until November 16, 2018.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated: New York, New York
       19 October 2018

                                         Victor Marrero
                                         U.S.D.J.



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 18, 2018

**BY FAX**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
Fax: (212) 805-6382

    Re:    *United States v. Christian Figallo and Kenyatta Taiste*
            18 Cr. 684 (VM)

Dear Judge Marrero:

    The Government respectfully writes in advance of the status conference scheduled in the above-referenced matter for October 24, 2018. Chambers has notified the parties that the Court is no longer available at the previously scheduled conference date. Accordingly, the parties have conferred and request an adjournment to November 16, 2018 at 3:45 p.m. The parties understand from chambers that the Court is available at that time.

    The Government further requests that time be excluded from the speedy trial clock in the interests of justice until the rescheduled conference date to allow for additional time to produce and review discovery, and to allow the parties to explore a pretrial disposition.

                                      Respectfully submitted,

                                      GEOFFREY S. BERMAN
                                      United States Attorney

                                By: _Jessica Greenwood_
                                    Jessica Greenwood
                                    Assistant United States Attorney
                                    (212) 637-1090

cc:    George Goltzer, Counsel for Defendant Christian Figallo (by email to grgoltzer@gmail.com)

       Zachary Margulis-Ohona, Counsel for Defendant Kenyatta Taiste (by email to: zach@zmolaw.com)