**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/18
```

Ying Stafford
Associate Counsel

Tel. (2 12) 608-1260
Fax (1646) 430-8944
Cell: (917) 553-6704
grgoltzer@gmail.com

October 30, 2018

Hon. Victor Marrero
U.S. District Judge
Southern District of N.Y.
U.S Courthouse
500 Pearl Street
New York, NY 10007
Via ECF

Re: *United States v. Figallo*
18 Cr. 684 (VM)

Dear Judge Marrero:

Please accept thisl letter as an application to be relieved as counsel in the above referenced case by virtue of retained attorney David Cohen having filed a notice of appearance on October 22, 2018. (ECF Doc. No. 18). I have confirmed with Mr. Figallo that Mr. Cohen is his attorney of choice.

Thank you for your consideration of this matter. I remain

Respectfully,
*GR Goltzer*
George R. Goltzer

cc: All parties
Via ECF

```
SO ORDERED. Request GRANTED.

11-2-18                    [signature]
  DATE              VICTOR MARRERO, U.S.D.J.
```