

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 2, 2018

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____            │
│ DATE FILED: 12/6/18         │
└─────────────────────────────┘
```

**VIA CM/ECF**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Christian Figallo, et al.*, 18 Cr. 684 (VM)

Dear Judge Marrero:

The Government writes to update the Court on the status of discovery. The remaining materials to be produced to the defendants are the electronic devices seized on the day of their arrests. In particular, the Government seized from defendant Christian Figallo seven electronic devices and from defendant Kenyatta Taiste three electronic devices. Some of these electronic devices contain voluminous content. Currently, the Government is in a position to produce the contents of two cellphones seized from Christian Figallo and one electronic device seized from Kenyatta Taiste. The Government will make a production to defendant Taiste early this week. The Government is awaiting a hard drive from defendant Figallo. The Government expects to be in a position to produce the contents of the remaining electronic devices by the end of the month.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Nicholas W. Chiuchiolo
Assistant United States Attorney
(212) 637-1247

cc: all counsel of record (via ECF)

```
┌──────────────────────────────────────────────────────────┐
│ The Clerk of Court is directed to enter into the public   │
│ record of this action the letter above submitted to the   │
│ Court by The Government.                                  │
│                                                           │
│ SO ORDERED.                                               │
│                                                           │
│ 12-4-18          /s/ Victor Marrero                       │
│ DATE             VICTOR MARRERO, U.S.D.J.                 │
└──────────────────────────────────────────────────────────┘
```