

# COHEN FORMAN BARONE, LLP
### AN EXPERIENCED LAW FIRM

|  |  |  |
|---|---|---|
| DAVID J. COHEN | CORY FORMAN | CARLA A. BARONE |
| david@cfblaw.com | cory@cfblaw.com | carla@cfblaw.com |

SENIOR ASSOCIATE
BENJAMIN L. SIMPSON
ben@cfblaw.com

OF COUNSEL
ROBERT VENTURO
RICHARD COHEN
JEFFREY COHEN
RONALD COHEN

January 3, 2019

Honorable Magistrate Judge Marrero
United States Courthouse
500 Pearl Street
New York, New York 10007
*Filed via facsimile: 212-805-4060*

**Re:**   **United States v. Christian Figallo 18 Cr. 684 (VM)**
**Travel Permission**

Dear Honorable           :

    This letter is to request, with the consent of the Assistant United States Attorney, Nicholas Chiuchiolo, that our client, Christian Figallo, be given permission to travel to 370 West 30th Street, New York, New York to move his personal belongings from his old apartment (6A) to his current residence in New Jersey on Friday, January 4, 2019.

    Mr. Figallo is presently on home detention in New Jersey using electronic monitoring with permission to travel for: pre-trial services, medical, and legal visits. Mr. Figallo will be accompanied for at least part of the move by an attorney from my office.

    Mr. Figallo has hired a moving company and expects the actual packing of the apartment to take approximately three (3) hours. We are requesting a window of five (5) hours including travel time.

Respectfully,

David J. Cohen, Esq.