USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

CHRISTIAN FIGALLO and KENYATTA TAISTE,

Defendants.

18 CR 684(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Defendant Kenyatta Taiste (see attached letter) requests that the status conference currently scheduled for the above-named defendants for January 25, 2019, be adjourned. The conference shall be rescheduled to February 1, 2019 at 9:30 a.m.

Counsel for both defendants consent to an exclusion of time from the Speedy Trial Act until February 1, 2019.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated: New York, New York
       14 January 2019

_____
Victor Marrero
U.S.D.J.

To: Hon. Victor Marrero, U.S. District Judge    Page 2 of 2   2019-01-14 20:31:32 (GMT)    12129183420 From: Zachary Margulis-Ohnuma

Case 1:18-cr-00684-VM   Document 32   Filed 01/14/19   Page 2 of 2

# LAW OFFICE OF
# ZACHARY MARGULIS-OHNUMA

January 14, 2019

**Via fax and email**

Hon. Victor Marrero
U.S. District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    RE: <u>U.S. v. Figallo</u>, 18 Cr. 684 (VM)

Dear Judge Marrero:

  This office represents the defendant, Kenyatta Taiste, in the above-captioned case. I respectfully write on behalf of all parties to request an adjournment of the pretrial conference scheduled for January 25, 2019. The parties request a short adjournment to the morning of February 1, 2019.

  Defense counsel for both defendants have out-of-town conflicts for the current January 25 status conference. I have conferred with all parties and with the Court's law clerk, and the morning of February 1, 2018 is agreeable to all parties.

  Therefore, I respectfully request that the status conference be adjourned to the morning of February 1, 2018. Both defendants agree to the exclusion of time.

  Thank you for your attention to this case.

                                  Very truly yours,

                                  *Victoria Nicole Medley*

                                  Victoria Nicole Medley

CC: All counsel of record (via email)