```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :    18-CR-00684-VM
     -against-                          :    ORDER
                                        :
Christian Figallo                       :
                                        :
          Defendant                     :
                                        :
---------------------------------------X
```

Victor Marrero, United States District Judge:

ORDERED that the defendant's conditions of release be modified to include mental health evaluation and treatment as directed by Pretrial Services.

Dated: New York, New York
       January 16, 2019

SO ORDERED

Victor Marrero
United States District Judge