```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   18-CR-684 (VM)
     -against-                      :
                                    :   ORDER
Christian Figallo                   :
                                    :
          Defendant                 :
                                    :
------------------------------------X
```

Victor Marrero, United States District Judge:

ORDERED that the defendant's conditions of pretrial release be modified to allow for a temporary suspension of the conditions of home detention and location monitoring for the duration of the defendant's residential substance abuse treatment at a facility approved by Pretrial Services. The conditions of home detention and location monitoring are to be reinstated upon the defendant's discharge from the treatment facility.

Dated: New York, New York
       February 22, 2019

SO ORDERED

_____
Victor Marrero
United States District Judge