```
    J216FIGC
```

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x
3   UNITED STATES OF AMERICA,
4              v.                            18 CR 684(VM)
5   CHRISTIAN FIGALLO and KENYATTA
    TAISTE,
6
7                  Defendants              Conference
8   ------------------------------x
                                            New York, N.Y.
9                                           February 1, 2019
                                            9:45 a.m.
10
11  Before:
12
                       HON. VICTOR MARRERO,
13
                                       District Judge
14
                            APPEARANCES
15
    GEOFFREY S. BERMAN
16       United States Attorney for the
         Southern District of New York
17  BY:  NICHOLAS CHIUCHIOLO
         Assistant United States Attorney
18
    COHEN & FORMAN, LLP
19       Attorneys for Defendant Figallo
    BY:  DAVID J. COHEN
20
    ZACHARY MARGULIS-OHNUMA, ESQ.
21  VICTORIA MEDLEY, ESQ.
         Attorneys for Defendant Taiste
22
23
24
25

1              (In open court; case called)

2              THE COURT:  Thank you.  Please be seated.

3              This is a proceeding in the matter of United States v.

4     Figallo, et al., Docket No. 18 CR 8684.

5              Please enter your appearances for the record, counsel.

6              MR. CHIUCHIOLO:  Good morning, your Honor Nicholas

7     Chiuchiolo for the United States.

8              MR. COHEN:  David Cohen on behalf of Christian

9     Figallo.  Good morning, sir.

10             MS. MARGULIS-OHNUMA:  Zachary Margulis-Ohnuma and

11    Victor Medley on behalf of Kenyatta Taiste.  Good morning, your

12    Honor.

13             MS. MEDLEY:  Good morning.

14             THE COURT:  Good morning.

15             At the last conference in this matter the government

16    had committed to completing production of discovery by

17    November 22nd.  There was a question concerning certain

18    telephone access for which additional time was required and the

19    government was to inform the parties and Court of completion of

20    that telephone discovery.  We scheduled a followup conference

21    which was adjourned until today.

22             Mr. Chiuchiolo, will you bring the Court up to date on

23    the current status of discovery?

24             MR. CHIUCHIOLO:  Yes, your Honor.  There were a number

25    of electronic devices seized in connection with the arrest here

J216FIGC

1   as to both defendants.  The government has completed production
2   of the contents of that electronic discovery, which is
3   voluminous.  So discovery is complete.  I would add that the
4   government is engaged in discussions with both defendants as to
5   a possible disposition and at this juncture the government
6   expects that there will be a disposition as to both defendants
7   in this case.
8           In consultation with defense counsel, the parties
9   would request setting a control date in April.  I think defense
10  counsel have requested the week of April 15th.  Although, I
11  would expect dispositions before then.
12          THE COURT:  Mr. Cohen.
13          MR. COHEN:  I agree with the government, your Honor,
14  and I agree to the April 15 or the week of April 15th date.
15          THE COURT:  Mr. Margulis-Ohnuma?
16          MS. MARGULIS-OHNUMA:  Yeah.  I think we basically
17  agree with that, too, your Honor.
18          THE COURT:  Thank you.
19          Let's look at the calendar for a date of April 15th.
20          THE LAW CLERK:  April 19th at 10:00 a.m.
21          MR. COHEN:  That's fine for me.
22          THE COURT:  Mr. Chiuchiolo.
23          MR. CHIUCHIOLO:  That's all right with the government.
24          MS. MARGULIS-OHNUMA:  Yes, Judge.  Thank you.
25          THE COURT:  Is there a motion on that schedule?

|   |   |
|---|---|
| 1 | MR. CHIUCHIOLO:  I am sorry? |
| 2 | THE COURT:  Is there a motion regarding that schedule? |
| 3 | MR. CHIUCHIOLO:  Yes, your Honor.  The government |
| 4 | would move to exclude time from Speedy Trail Act calculations |
| 5 | between or through April 19th so that the parties can continue |
| 6 | their discussions regarding a disposition in this matter. |
| 7 | Thank you. |
| 8 | THE COURT:  Thank you. |
| 9 | Mr. Cohen? |
| 10 | MR. COHEN:  We're in agreement with that and ask time |
| 11 | be excluded pursuant to the Speedy Trial Act. |
| 12 | THE COURT:  Mr. Margulis-Ohnuma? |
| 13 | MS. MARGULIS-OHNUMA:  No objection, your Honor. |
| 14 | THE COURT:  On the government's motion to exclude time |
| 15 | from today to April 19th, no objections recorded by the |
| 16 | defendants, the motion is granted.  I find that the reasons |
| 17 | conveyed to the Court warrant this exclusion of time as it is |
| 18 | intended to ensure the effectiveness of counsel and to prevent |
| 19 | any miscarriage of justice.  The Court is satisfied that the |
| 20 | ends of justice served by the granting of this continuance |
| 21 | outweigh the best interests of the public and defendants in a |
| 22 | speedy trial.  This order of exclusion of time is entered |
| 23 | pursuant the provisions of the Speedy Trial Act, Title 18, |
| 24 | U.S.C., 3161(h)(7)(b)(2) and (4). |
| 25 | If there is nothing else, I thank you and have a good |

J216FIGC

1   day and good weekend.
2                                -0-