

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 15, 2019

**VIA FAX**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 3
DATE FILED: 3/15/19
```

Re: *United States v. Kenyatta Taiste, et al.*, 18 Cr. 684 (VM)

Dear Judge Marrero:

On March 8, 2019, the Court heard the above-referenced defendant's appeal of the Magistrate Court's order that the defendant be detained pending trial. After hearing arguments, the Court directed the Government to meet and confer with defense counsel and pretrial services to propose terms of release. Here are the proposed terms of release: (1) defendant to sign a $100,000 personal recognizance bond that is also signed by two financially-responsible people; (2) third-party custodian, Jason Daniel Fair, to sign the bond (but not as a surety); (3) personal recognizance bond to be secured by $5,000 in cash; (4) home detention to be enforced by location monitoring with GPS; (5) drug testing and treatment as deemed necessary by pretrial services; (6) mental health assessment and treatment as deemed necessary by pretrial services; (7) strict pretrial services supervision; (8) travel restricted to the southern and eastern districts of New York; (9) defendant cannot relocate without prior approval of pretrial services; (9) surrender of travel documents and no new applications; (10) no contact with co-defendants or known witnesses unless in the presence of counsel; (11) defendant is to reside with Jonathan Alejandro at 12807 Claflin Avenue, Apt. 7, Bronx, NY 10468; and (12) residence to be inspected and approved by pretrial services prior to the defendant's release from custody.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Nicholas W. Chiuchiolo
Assistant United States Attorney
(212) 637-1247

cc: Zachary Margulis-Ohnuma

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by *the Government*.

**SO ORDERED.**

3-15-19
DATE         VICTOR MARRERO, U.S.D.J.