```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATED: 5/31/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

CHRISTIAN FIGALLO and KENYATTA TAISTE,

                                         Defendants.

18 CR 684 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Government (see attached letter) requests that the status conference currently scheduled for the above-named defendants for May 31, 2019, be adjourned. The conference shall be rescheduled to July 19, 2019 at 4:30 p.m.

    Counsel for both defendants consent to an exclusion of time from the Speedy Trial Act until July 19, 2019.

    It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated: New York, New York
       31 May 2019

                                                  Victor Marrero
                                                    U.S.D.J.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 30, 2019

**VIA FAX**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *United States v. Christian Figallo, et al.*, 18 Cr. 684 (VM)

Dear Judge Marrero:

    The Government writes, with the consent of both defense counsel, to request an adjournment of the pretrial conference currently scheduled for May 31, 2019, at 4:00 p.m. The defendants would like additional time to review the discovery and to continue discussions with the Government concerning possible dispositions. The parties request an adjournment of approximately 45 days.

    The Government further requests that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between May 30, 2019 and the date of the next pretrial conference. The Government submits that the ends of justice served by the exclusion outweigh the best interests of the public and the defendants in a speedy trial, because it will permit defense counsel additional time to review discovery and for the parties to discuss a possible disposition.

                        Very truly yours,

                        GEOFFREY S. BERMAN
                        United States Attorney

by: _____
     Nicholas W. Chiuchiolo
     Assistant United States Attorney
     (212) 637-1247

cc: all counsel of record (via ECF)