UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

CHRISTIAN FIGALLO and KENYATTA
TAISTE,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

18 CR 684 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Counsel for defendant Kenyatta Taiste, with consent of
counsel for defendant Christian Figallo and counsel for the
Government, requests that the status conference currently
scheduled for the above-named defendants for November 22,
2019, be adjourned. (See attached letters from Victoria
Medley.) The conference shall be rescheduled to December 20,
2019 at 4:30 p.m.

Counsel for both defendants consent to an exclusion of
time from the Speedy Trial Act until December 20, 2019.

It is hereby ordered that the adjourned time shall be
excluded from speedy trial calculations. This exclusion is
designed to guarantee effectiveness of counsel and prevent any
possible miscarriage of justice. The value of this exclusion
outweighs the best interests of the defendant and the public
to a speedy trial. This order of exclusion of time is made
pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated: New York, New York
       15 November 2019

                              _____
                              Victor Marrero
                              U.S.D.J.

# LAW OFFICE OF
# ZACHARY MARGULIS-OHNUMA

November 8, 2019

**Via fax**

Hon. Victor Marrero
U.S. District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

     RE: U.S. v. Taiste et al., 18 Cr. 684 (VM)

Dear Judge Marrero:

    This office represents the defendant Kenyatta Taiste in the
above-captioned case. I write to supplement my October 25, 2019
and October 30, 2019 letters requesting that the upcoming status
conference be adjourned. After consultation with co-defendant's
counsel, the government, and the Court's clerk, I request that
the November 22, 2019 conference be adjourned to December 20,
2019.

    Moreover, both defendants waive time under the Speedy Trial
Act, 18 U.S.C. § 3161(h)(7)(a), until the date of the next pre-
trial conference.

    Thank you for your attention to this case.

                      Very truly yours,

                    *Victoria Nicole Medley*

                    Victoria Nicole Medley

CC:  AUSA Nicholas Chiuchiolo (via email)
     David J. Cohen (via email)

260 MADISON AVENUE, 17TH FLOOR • NEW YORK, NY 10016
(212) 685-0999 • ZACH@ZMOLAW.COM
WWW.ZMOLAW.COM

LAW OFFICE OF
ZACHARY MARGULIS-OHNUMA

October 30, 2019

**Via Fax to (212) 805-6382**

Hon. Victor Marrero
United States Courthouse
500 Pearl Street
Suite 1040
New York, NY 10007

    RE: U.S. v. Kenyatta Taiste, 18 Cr. 684 (VM)

Dear Judge Marrero:

    This office represents the defendant, Kenyatta Taiste in the above-captioned case. I write this letter to supplement the October 25, 2019 letter requesting that the November 22, 2019 conference be moved to December 6, 2019. Ms. Taiste waives time under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(a), until the date of the next pre-trial conference.

    Thank you for your attention to this case.

               Very truly yours,

               *Victoria Nicole Medley*

               Victoria Nicole Medley

CC:  AUSA Nicholas Chiuchiolo (via email)

# LAW OFFICE OF
# ZACHARY MARGULIS-OHNUMA

October 25, 2019

**Via fax**

Hon. Victor Marrero
U.S. District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

　　　RE: U.S. v. Taiste et al., 18 Cr. 684 (VM)

Dear Judge Marrero:

　　This office represents the defendant Kenyatta Taiste in the above-captioned case. I write to request that the status conference scheduled for November 22, 2019 be briefly adjourned to December 6, 2019. The government consents to this request.

　　On Wednesday, October 23, 2019, the Court adjourned the October 25, 2019 status conference to November 22, to permit the parties additional time for potential plea negotiations. Unfortunately, Mr. Margulis-Ohnuma, assigned counsel for Ms. Taiste, is unavailable on November 22, due to a previously scheduled oral argument on a motion in Queens. After conferring with the government and the Court's clerk, I respectfully request that the status conference be adjourned to December 6, 2019.

　　Thank you for your attention to this case.

Very truly yours,

*Victoria Nicole Medley*

Victoria Nicole Medley

CC: AUSA Nicholas Chiuchiolo (via email)

260 MADISON AVENUE, 17TH FLOOR • NEW YORK, NY 10016
(212) 685-0999 • ZACH@ZMOLAW.COM
WWW.ZMOLAW.COM