```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

            — against —

CHRISTIAN FIGALLO,                           18 CR 684 (VM)

                                             ORDER
                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/20

**VICTOR MARRERO, United States District Judge.**

Counsel for the Government, with consent of defense counsel, requests that the status conference currently scheduled for the above-named defendant for February 28, 2020, be adjourned. (See attached letter from Nicholas Chiuchiolo.) The conference shall be rescheduled to April 17, 2020 at 11:15 a.m.

Counsel for the defendant consents to an exclusion of time from the Speedy Trial Act until April 17, 2020.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated: New York, New York
       26 February 2020

                                        Victor Marrero
                                           U.S.D.J.

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 26, 2020

**VIA FAX**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Christian Figallo*, 18 Cr. 684 (VM)

Dear Judge Marrero:

The Government writes, with the consent of defense counsel, to request an adjournment of the pretrial conference currently scheduled for February 28, 2020, at 1:45 p.m. The defendant would like additional time for discussions with the Government concerning a possible disposition. The parties request an adjournment of approximately 45 days.

The Government further requests that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between February 28, 2020 and the date of the next pretrial conference. The Government submits that the ends of justice served by the exclusion outweigh the best interests of the public and the defendants in a speedy trial, because it will permit defense counsel additional time to review discovery and for the parties to discuss a possible disposition.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Nicholas W. Chiuchiolo
Assistant United States Attorney
(212) 637-1247

cc: David Cohen, esq. (via ECF)