

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 21, 2021

**BY EMAIL**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:  *United States v. Christian Figallo*, 18 Cr. 684 (VM)

Dear Judge Marrero:

     The Government writes, with the consent of defense counsel, to request an adjournment of the pretrial conference currently scheduled for January 22, 2021.  The defendant would like additional time for discussions with the Government concerning a possible disposition.  The parties request an adjournment of approximately 60 days.

     The Government further requests that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between January 22, 2021 and the date of the next pretrial conference.  The Government submits that the ends of justice served by the exclusion outweigh the best interests of the public and the defendants in a speedy trial, because it will permit defense counsel additional time to review discovery and for the parties to discuss a possible disposition.

                                      Very truly yours,

                                      AUDREY STRAUSS
                                      United States Attorney

                 by: _____
                        Nicholas W. Chiuchiolo
                        Assistant United States Attorney
                        (212) 637-1247

cc:  David Cohen, esq. (by email)