USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 17, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

CHRISTIAN FIGALLO,

                    Defendant.

18 CR 684 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Counsel for the Government, with consent of defense counsel, requests that the status conference currently scheduled for the above-named defendant for March 18, 2021 be adjourned. (See Dkt. No. 93.) The conference shall be rescheduled to April 29, 2021 at 11:00 a.m.

    Unless otherwise ordered by this Court, the conference shall be a teleconference. The participants are directed to use the dial-in number 888-363-4749, with access code 8392198.

    All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act to April 29, 2021.

    It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated: New York, New York
       17 March 2021

                                                Victor Marrero
                                                U.S.D.J.