USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 29, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

CHRISTIAN FIGALLO,

                                Defendant.

18 CR 684 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Counsel for the defendant, with consent of the Government, requests that the status conference currently scheduled for the above-named defendant for July 30, 2021 be adjourned. (See Dkt. No. 103.) The conference shall be rescheduled to September 24, 2021 at 11:30 a.m.

    Counsel for the defendant consents to an exclusion of time from the Speedy Trial Act until September 24, 2021.

    It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated: New York, New York
       29 July 2021

                                                  Victor Marrero
                                                  U.S.D.J.