

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 29, 2021

**BY ECF**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  *United States v. Christian Figallo*, 18 Cr. 684 (VM)

Dear Judge Marrero:

    The Government writes, with the consent of defense counsel, to request an adjournment of the pretrial conference currently scheduled for December 3, 2021.  The defendant would like additional time for discussions with the Government concerning a possible disposition.  The parties request an adjournment of approximately 45 days.

    The Government further requests that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between December 3, 2021 and the date of the next pretrial conference.  The Government submits that the ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will permit defense counsel additional time to review discovery and for the parties to discuss a possible disposition.

                             Very truly yours,

                             DAMIAN WILLIAMS
                             United States Attorney

          by: _____
                Nicholas W. Chiuchiolo
                Assistant United States Attorney
                (212) 637-1247

cc:  David Cohen, esq. (by ECF)