USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :      18 CR 684(VM)
         -against-                :         ORDER
                                  :
CHRISTIAN FIGALLO,                :
                                  :
              Defendant.          :
---------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

Counsel for the Defendant, with the consent of counsel for Government (see Dkt. No. 117), requests that the status conference currently scheduled for December 3, 2021 be adjourned. The conference shall be adjourned until Friday January 14, 2021 at 10:00 a.m.

All parties to this action consent to an exclusion of time from the Speedy Trial Act until January 14, 2021.

It is hereby ordered that time until January 14, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
          November 30, 2021

_____
Victor Marrero
U.S.D.J.