USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

CHRISTIAN FIGALLO,

Defendant.

**18 CR 684(VM)**
**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

Counsel for the Defendant, with the consent of counsel for Government (Dkt. 128), requests that the status conference currently scheduled for April 8, 2022 be adjourned. The conference shall be adjourned until April 29, 2022 at 10:00 a.m.

All parties to this action consent to an exclusion of time from the Speedy Trial Act until April 29, 2022.

It is hereby ordered that time until April 29, 2022 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated: New York, New York
April 6, 2022

Victor Marrero
U.S.D.J.