

**COHEN FORMAN B**
AN EXPERIENCED

DAVID J. COHEN
david@cfblaw.com

CORY FORMAN
cory@cfblaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2022

August 5, 2022

The Honorable Victor Marrero
United States Court Southern District of New York
500 Pearl St
New York, NY 1007-1312

          Re:    <u>United States v Christian Figallo</u>
                 18 Cr. 684 (VM)

Dear Honorable J. Victor Marrero,

      By this letter motion I respectfully request a stay of Mr. Figallo's surrender from Friday August 5, 2022 to Tuesday, September 6, 2022.

      Mr. Figallo tested positive for Monkeypox (Orthopoxvirus) by a PCR test administered on July 29, 2022, (Exh. 1.) the results of which were provided to Mr. Figallo today, August 5, 2022. Mr. Figallo is in extreme pain and exhibiting severe symptoms. Accordingly, I respectfully request that Mr. Figallo's surrender be stayed 30 days, from Friday August 5, 2022 to Tuesday, September 6, 2022.

Respectfully submitted,

/S/
David J. Cohen, Esq.
Cohen Forman Barone, LLP.

**Request GRANTED.**
Mr. Figallo's surrender date is adjourned until September 6, 2022.

**SO ORDERED.**
8/5/2022
DATE

/s/ VICTOR MARRERO, U.S.D.J.

Manhattan    950 Third Avenue, 11th Floor, New York, NY 10022    T. 212.766.9111    F. 212.766.9166
Long Island    228 East Main Street, Patchogue, NY 11772    T. 631.766.9111    F. 212.766.9166